

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00169-CR

---

JAMES EARNEST ARCHER, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the County Court at Law No. 2
Hunt County, Texas
Trial Court No. CR2400306

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

A Hunt County jury convicted James Earnest Archer, Jr., of family violence assault causing bodily injury.  *See* TEX. PENAL CODE ANN. § 22.01(a)(1) (Supp.).  The jury assessed punishment at 180 days' confinement.

Via a single, consolidated brief, Archer claims there is insufficient evidence to support his conviction because his low blood sugar at the time of the offense did not allow him to have the requisite mental state to satisfy the elements of the offense.  We addressed Archer's arguments in detail in our opinion addressing his appeal in case number 06-24-00168-CR, and we apply the same legal standard and analysis here as we did in the companion case.

Viewing the evidence in the light most favorable to the verdict, we determine that any rational jury could have found, beyond a reasonable doubt, that Archer intentionally, knowingly, or recklessly caused bodily injury to Baker when he hit her in the head, despite his claim that he had no idea what he was doing at that time.  We overrule Archer's issue regarding the sufficiency of the evidence to support his conviction for family violence assault causing bodily injury.

We affirm the trial court's judgment.


Charles van Cleef
Justice

Date Submitted:     April 2, 2025
Date Decided:       April 25, 2025

Do Not Publish

2